UNITED STATES DISTRICT COURT9
SOUTHERN DISTRICT OF NEW YORK

------------------------------- X
:
UNITED STATES OF AMERICA :
: **UNSEALING ORDER**
- v. — :
: S5 19 Cr. 463 (DLC)
HECTOR MANUEL FORERO ALVAREZ, :
a/k/a "Flaco," :
:
Defendant. :
------------------------------- X

Upon application of the United States of America, by and through Assistant United States Attorneys Sheb Swett and Aline Flodr;

It is found that the Indictment S5 19 Cr. 463 (DLC) is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

ORDERED that Indictment S5 19 Cr. 463 (DLC) be and hereby is unsealed.

SO ORDERED.

Dated: New York, New York
       November 13, 2023

                                    _____
                                    HONORABLE DENISE L. COTE
                                    UNITED STATES DISTRICT JUDGE
                                    SOUTHERN DISTRICT OF NEW YORK